## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) |
| vs. | ) Case No. 5:22-CR-00327-XR<br>)<br>) |
| (9) FRANCISCO ARREDONDO-<br>COLMENERO A/K/A "PANCHO" A/K/A<br>"PANCHITO A/K/A "PARIENTE"<br>Defendant | )<br>)<br>)<br>) |

### GOVERNMENT'S MOTION TO UNSEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, and files this Motion to Unseal the First Superseding Indictment in this cause number as to Defendant Francisco Arredondo-Colmenero.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the Court order the First Superseding Indictment be unsealed as to Defendant (9) Francisco Arredondo-Colmenero.

Respectfully Submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

 /s/ AMANDA C. BROWN
AMANDA C. BROWN
Assistant United States Attorney
Texas Bar No. 24057776
Amanda.Brown@usdoj.gov
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5597
(210) 384-7100
(210) 384-7028 FAX